# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 02-5153**  **September Term, 2001**
01cv01437

**Filed On: August 14, 2002** [695649]

In re: Autry Lee Jones,
        Petitioner

**BEFORE**:    Ginsburg, Chief Judge, and Sentelle and Henderson, Circuit Judges

**O R D E R**

Upon consideration of the petition for a writ of mandamus, the memorandum of law and fact in support thereof and the supplement thereto (styled "motion to amend memorandum of law and facts"); and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted.  It is

**FURTHER ORDERED** that the petition for a writ of mandamus be denied.  The district court did not abuse its discretion in directing this case be transferred to the District of Colorado, pursuant to 28 U.S.C. § 1404(a).  See In re: Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam).  Moreover, the district court properly delayed the transfer of the record to allow for review of the transfer order.  See In re: Briscoe, 976 F.2d 1425, 1426 (D.C. Cir. 1992); Starnes v. McGuire, 512 F.2d 918, 935 (D.C. Cir. 1974) (en banc).  Once the district court receives notification of the disposition of this petition for writ of mandamus, the record may be transferred.  See D.C. Circuit Handbook of Practice and Internal Procedures 18 (2000).

The Clerk is directed to transmit a copy of this order to the district court.  Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**